# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**

: CRIMINAL NO: 1:07-CR-040

**ROBERT MILLER,**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

        Respectfully submitted,

        BENJAMIN C. GLASSMAN
        United States Attorney

        s/ Bethany J. Hamilton
        BETHANY J. HAMILTON (0075139)
        Assistant United States Attorney
        Southern District of Ohio
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215-2401
        (614) 469-5715

## **CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Robert Miller, 330 West 4th Street, #12, Cincinnati, Ohio 45202, by first class mail, postage prepaid, this 22nd day of February, 2017.

s/ Bethany J. Hamilton  
Bethany J. Hamilton (0075139)  
Assistant United States Attorney